Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI
9350 South 150 East, Suite #820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GLEN KNIGHT and LESLIE KNIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE & CASUALTY COMPANY, <br><br> Defendant. | **ORDER TO DISMISS ACTION WITH PREJUDICE** <br><br> Case No.: 2:23-cv-00232-BSJ <br><br> Judge: Bruce S. Jenkins |

Based upon the Motion and Stipulation of counsel and for good cause appearing, it is

HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is hereby dismissed with prejudice, each party to bear their own costs.

Approved as to Form:

*/s/ Ryan M. Nord (w-permission)*
_____
Ryan M. Nord

DATED this 6th day of November 2023.

BY THE COURT

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2023, a true and correct copy of the foregoing **ORDER TO DISMISS ACTION WITH PREJUDICE** was served by the method indicated below, to the following:

| | |
|---|---|
| Ryan M. Nord<br>Sage Law Partners<br>140 North Union Ave.<br>Suite 220<br>Farmington, UT 84025<br>rnord@sagelawpartners.com<br>*Attorneys for Plaintiff* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivery<br>( ) Overnight Mail<br>( ) E-mail<br>(X) E-filing Notification |

_/s/ Heidi McEwen_

014409.00080